UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO JUSTIN-MARQUEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KIRSTJEN NIELSEN, et al.,<br><br>　　　　　Respondent. | No. EDCV 18-0133-AB (AGR)<br><br>**JUDGMENT** |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is dismissed without prejudice as moot.

DATED: March 2, 2018

　　　　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　United States District Judge